

| | | | |
|---|---|---|---|
| Com. v. Anderson | 2006 WDA 2015 Affirmed | 11/03/2016 | CP–62–CR–0000189–2014 (Warren) |
| Com. v. Anderson | 2007 WDA 2015 Affirmed | 11/03/2016 | CP–62–CR–0000305–2014 (Warren) |
| Com. v. Anderson | 2008 WDA 2015 Affirmed | 11/03/2016 | CP–62–CR–0000306–2014 (Warren) |
| In re Adoption of A.L.P.; Appeal of C.L.P. | 805 WDA 2016 Affirmed | 11/03/2016 | 60 of 2015 (Westmoreland) |
| In re Adoption of E.M.P.; Appeal of C.L.P. | 806 WDA 2016 Affirmed | 11/03/2016 | 61 of 2015 (Westmoreland) |
| Kepler v. Kepler [12] | 1815 EDA 2015 Quashed | 11/04/2016 | 9104D2841 (Philadelphia) |
| Com. v. Kunkle | 206 EDA 2016 Affirmed | 11/04/2016 | CP–45–CR–0001390–2005 (Monroe) |
| Com. v. Chestnut | 410 EDA 2016 Affirmed | 11/04/2016 | CP–51–CR–0002512–2009 (Philadelphia) |
| Com. v. Cahoon | 2018 WDA 2014 Affirmed | 11/04/2016 | CP–02–CR–0003460–2007 (Allegheny) |
| 5100 Fifth Avenue v. Estate of Ascheim [13] | 846 WDA 2015 Affirmed | 11/04/2016 | GD 12–002331 (Allegheny) |
| Com. v. Davis | 1732 WDA 2015 Affirmed | 11/04/2016 | CP–11–CR–0001546–2008 (Cambria) |
| Com. v. Moore | 1738 WDA 2015 Affirmed Application to Withdraw as Counsel Granted | 11/04/2016 | CP–02–CR–0006900–2008 (Allegheny) |
| Com. v. Barnett | 345 WDA 2016 Affirmed | 11/04/2016 | CP–25–CR–0001671–2015 (Erie) |
| In re Adoption of E.A.G.; Appeal of B.A.S. | 386 WDA 2016 Affirmed | 11/04/2016 | O.C. No. 43–2015 (Crawford) |
| Com. v. Bryant | 2226 EDA 2015 Affirmed | 11/07/2016 | CP–51–CR–0009955–2012 (Philadelphia) |
| Com. v. Weist | 2954 EDA 2015 Affirmed | 11/07/2016 | CP–52–0000240–2009 (Pike) |

12. Petition for reargument denied January 05, 2017.
13. Petition for reargument denied January 11, 2017.